Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

RECEIVED
05 SEP 26 AM 8:
CLERK, U.S. DIST. COURT
MINNEAPOLIS

| | | | |
|---|---|---|---|
| DOCKET NO. (Transferring Court) | 0864-0:01CR00195-002(PAM)(PAM) | | |
| DOCKET NO. (Receiving Court) | CR05-50129-PHX-FJM | | |
| NAME AND LOCATION OF | Miguel Romero-Alvarez | | |
| DISTRICT | MINNESOTA | DIVISION | |
| NAME OF SENTENCING JUDGE | Honorable Paul A. Magnuson | | |
| DATES OF SUPERVISION | | FROM 3/26/2004 | TO 3/25/2007 |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 500 Grams of Cocaine Hydrochloride

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

August 31, 2005
Date

Paul A. Magnuson, United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

Sept 15, 2005
Effective Date

Frederick J. Martone United States District Judge

SCANNED
SEP 26 2005
U.S. DISTRICT COURT ST. PAUL